UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOISEY CALDWELL, | |
| Plaintiff, | 25-cv-4510 (KHP) |
| -against- | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, et al., | **ORDER** |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of two letters from the *pro se* Plaintiff, Boisey Caldwell, regarding her desire for an expeditious resolution of this case.  The Court shares the desire to resolve the case expeditiously.  However, while the Administrative Record has been filed in this action (ECF No. 10), to date, no motion for relief has been filed.

The Court encourages the Plaintiff to consult a legal clinic opened in this District to assist people who are litigating an action pro se.  The Clinic is run by a private organization called the City Bar Justice Center ("CBJC") and is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  A party without legal representation can make an appointment in person or by calling (212) 659-6190.  The Clinic provides basic information about the legal process and may be able to assist the parties in litigating this case.

**SO ORDERED.**  The Clerk is respectfully directed to mail a copy of this order to the

Plaintiff.

Dated: November 26, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge