USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                    Plaintiff,

        -against-

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER, et al.,

                  Defendants.

25-cv-4510 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of another motion from the *pro se* Plaintiff, Mr. Boisey Caldwell. The motion was filed by Mr. Caldwell as a motion for summary judgment. Previously, Mr. Caldwell has filed: (1) three motions styled as "motion for relief from SSA's perfunctory denial of the Disabled Adult Child Benefit" of Plaintiff's deceased parent (ECF Nos. 18, 22, 25) and (2) a motion for summary judgment (ECF No. 26).

Per the Court's Order on April 8, 2026 (ECF No. 28), the Court stated it would treat the previous motions filed at ECF Nos. 18, 22, 25, and 26 as one consolidated motion for summary judgment. Further, the Court respectfully asked Mr. Caldwell not to continue making new motion filings for relief from the denial of his benefits. New motion filings for relief from the denial of his benefits could delay his case because the Defendant may need additional time to respond. Mr. Caldwell should rest assured that the Court has received his motions. The Court will consider the motion filings and issue a ruling in due course. Therefore, Mr. Caldwell's new motion for summary judgment is premature because the Court has not yet ruled on his first motion for summary judgment. Thus, the motion for summary judgment at ECF No. 32 is **denied**.

**SO ORDERED.**  The Clerk is respectfully directed to mail a copy of this order to the

Plaintiff and to terminate the motion at ECF No. 32.

Dated: May 5, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge