UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/2026__
```

BOISEY CALDWELL,

                    Plaintiff,

          -against-

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER, et al.,

                    Defendants.

25-cv-4510 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of another motion from the *pro se* Plaintiff, Mr. Boisey Caldwell. The motion was filed by Mr. Caldwell as a motion for "Reversal and Remand for Calculation and Payment of Disabled Adult Child Benefits; Memorandum of Law; Clarifying Statement and Proposed Order." (ECF No. 35).

Per the Court's Order on April 8, 2026 (ECF No. 28), the Court stated it would treat the previous motions filed at ECF Nos. 18, 22, 25, and 26 as one consolidated motion for summary judgment.  The Defendant filed its Motion to Remand on April 22, 2026. (ECF Nos. 29; 30).  The Court construes Plaintiff's briefs filed on May 4, 2026, and May 20, 2026, as his consolidated Reply to Defendant's Motion for Remand. (ECF Nos. 34; 35).

The Court will not consider any further filings in connection with the now fully briefed motion.  Accordingly, the clerk is directed to terminate the motion at ECF. No. 35.

**SO ORDERED.**  The Clerk is respectfully directed to mail a copy of this order to the Plaintiff.

Dated: May 27, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge