UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY C.,

Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION COMMISSIONER ET AL.,

Defendants.

25 CIVIL 04510 (KHP)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 20, 2026, the Court declines to address Plaintiff's motion because it lacks jurisdiction to do what Plaintiff asks but grants the Commissioner's motion for remand so that it can address whether reopening or revision procedures apply.

**Dated:** New York, New York
July 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**